```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 23653
   RUTH L DELEON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4618

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/17/2007 and was not confirmed.

     The case was dismissed without confirmation 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
RESURGENCE CAPITAL         UNSEC W/INTER    2241.16            .00            .00
1450 W ERIE CONDO ASSOC    SECURED          1330.00            .00            .00
COOK COUNTY TREASURER      SECURED          2500.00            .00            .00
MORGAN STANLEY CREDIT      CURRENT MORTG        .00            .00            .00
MORGAN STANLEY CREDIT      MORTGAGE ARRE   12744.20            .00            .00
MORGAN STANLEY CREDIT      CURRENT MORTG        .00            .00            .00
MORGAN STANLEY CREDIT      MORTGAGE ARRE    6427.10            .00            .00
ILLINOIS DEPT OF REV       PRIORITY        NOT FILED           .00            .00
AMERICAN EXPRESS           UNSEC W/INTER   NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER   NOT FILED           .00            .00
CHASE                      UNSEC W/INTER   NOT FILED           .00            .00
CHASE MANHATTAN            UNSEC W/INTER   NOT FILED           .00            .00
CITIBANK                   UNSEC W/INTER   NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    2428.48            .00            .00
HILCO RECEIVABLES          UNSEC W/INTER   NOT FILED           .00            .00
STATE OF NJ HIGHER ED      UNSEC W/INTER    3809.75            .00            .00
ISAC                       UNSEC W/INTER   NOT FILED           .00            .00
ISAC                       UNSEC W/INTER   NOT FILED           .00            .00
ISAC                       UNSEC W/INTER   NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER   NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     158.71            .00            .00
HSBC BANK NEV MENARDS      UNSEC W/INTER   NOT FILED           .00            .00
SM SERVICING               UNSEC W/INTER   NOT FILED           .00            .00
SALLIE MAE                 UNSEC W/INTER     214.90            .00            .00
SM SERVICING               UNSEC W/INTER   NOT FILED           .00            .00
SM SERVICING               UNSEC W/INTER   NOT FILED           .00            .00
ILL STDNT AS               UNSECURED       11961.70            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23653 RUTH L DELEON
```

```
TRUSTEE                                                      .00

PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                               .00
DEBTOR REFUND                                                      .00
                                        ---------------   ---------------
TOTALS                                              .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 05/23/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                          PAGE   2
            CASE NO. 07 B 23653 RUTH L DELEON